NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PALO ALTO POLICE DEPARTMENT,**
*Plaintiff-Appellee*

**v.**

**RICARDO JOSE CALDERON LOPEZ,**
*Defendant-Appellant*

———————————

2024-1999

———————————

Appeal from the United States District Court for the Northern District of California in No. 5:17-cv-02477-EJD, Judge Edward J. Davila.

———————————

PER CURIAM.

**O R D E R**

Ricardo Jose Calderon Lopez brought suit against the Palo Alto Police Department in state court and then sought to remove the case to federal court. On May 12, 2017, the district court remanded the case to state court for lack of subject matter jurisdiction. Mr. Calderon Lopez appealed that decision to the United States Court of Appeals for the Ninth Circuit, which, on June 16, 2017, dismissed for lack of jurisdiction under 28 U.S.C. § 1447(d). On June 17, 2024, Mr. Calderon Lopez filed a notice of appeal

2          PALO ALTO POLICE DEPARTMENT v. CALDERON LOPEZ

directed to this court seeking review of the "05/12/2017" decision.  ECF No. 1-2 at 1.

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 30 days after entry of final judgment, 28 U.S.C. § 2107; Fed. R. App. P. 4.  It has been more than 10 years since the district court entered final judgment.  For at least that reason, we and any other appellate court lack jurisdiction.

IT IS ORDERED THAT:

(1)  The appeal is dismissed, and any pending motions are denied.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 25, 2024
Date